UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

AUG 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DEAN LAFROMBOISE,<br><br>Defendant-Appellant. | No. 23-35442<br><br>D.C. Nos.   1:18-cv-00134-BMM<br>               1:94-cr-00082-BMM-5<br>District of Montana,<br>Billings<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

This case appears to arise under 28 U.S.C. § 2255 and thus is subject to the

requirements of 28 U.S.C. § 2253(c).  This case is remanded to the district court

for the limited purpose of granting or denying a certificate of appealability at the

court's earliest convenience.  *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b);

*United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

If the district court chooses to issue a certificate of appealability, the court

should specify the issues that meet the required showing; if the district court

declines to issue a certificate, the court is requested to state its reasons.  *See* 28

U.S.C. § 2253(c)(3); *Asrar*, 116 F.3d at 1270.

The Clerk will send a copy of this order to the district court.

OSA114