IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DEAN LAFROMBOISE,<br><br>Defendant. | CR-94-82-BLG-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 8, 2023. (Doc. 955.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 8, 2023. (Doc. 954.) The United States accused Dean Lafromboise, (Lafromboise) of violating his

conditions of supervised release 1) by failing to report for substance abuse treatment; 2) by failing to report for substance abuse treatment; and 3) by using methamphetamine on two separate occasions. (Doc. 944.)

At the revocation hearing, Lafromboise admitted to having violated the conditions of his supervised release  1) by failing to report for substance abuse treatment; 2) by failing to report for substance abuse treatment; and 3) by using methamphetamine on two separate occasions. (Doc. 954.)  Judge Johnston found that the violations Lafromboise admitted prove serious and warrant revocation of his supervised release and recommends a sentence of time served, with 58 months of supervised release to follow. (Doc. 955.) Lafromboise was advised appeal rights and his right to allocute before the undersigned. (Doc. 954.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 955) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Dean Lafromboise be sentenced to the Bureau of Prison for time served with 34 months of supervised release to follow.  This sentence will run concurrent with the sentence in CR-94-80-BLG-BMM. While on supervised release, Lafromboise will successfully complete an inpatient treatment program as directed by his probation officer.  Lafromboise will be subject to home confinement until he begins his inpatient treatment program.

DATED this 24th day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court